


# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

IN RE: RAYMOND HERBERT WARD JR

CASE NO: ~~16-50930-LO-13~~
-16-51560

## PETITION FOR PAYMENT FROM UNCLAIMED FUNDS

Comes now the Claimant(s) identified below, who avers that the unclaimed funds requested below are now on deposit in the Treasury of the United States and that claimant is the rightful owner of said funds. Accordingly, claimant(s) petitions the Court for an Order directing payment of the unclaimed funds to claimant(s) at the address listed below.

**NAME OF CLAIMANT:** RAYMOND HERBERT WARD JR.
**NAME OF CO-CLAIMANT:**
**CURRENT ADDRESS:** 7558 Drury Cross
Burleson, TX 76028

**TELEPHONE NUMBER:** (210) 740-9009

| Held in the name of: | Date of Transmittal | Amount |
|---|---|---|
| Raymond Herbert Ward, JR | 9/1/20 | 6,027.20 |

**TOTAL Amount of Unclaimed Funds Requested:** $6,027.20

Claimant(s) certifies under penalty of perjury that all statements made by Claimant(s) on this petition and any attachments are, to the best of Claimant(s) knowledge, true and correct and that a copy of this petition has been mailed to the U.S. Attorney, 300 Fannin St., Suite 3201, Shreveport, LA 71101.

Date: _____

**Individual Claimant/Co-claimant:**　**Business Claimant:**

Claimant's Signature　Business Representative Signature

Co-claimant's Signature (if applicable)　Printed Name/Title

State of Louisiana
Parish/County of Lafayette
Subscribed and sworn to before me this 4th day of June, 2020.

Notary Public
My commission expires: @ death
LA ID 138574

16-51560 - #55  File 07/22/20  Enter 07/23/20 15:33:14  Main Document  Pg 1 of 2

Claimant Information

I, Raymond Herbert Ward, Jr. reside at 7558 Drury Cross, Burleson, TX 76028. My telephone number is (210) 740-9009.

_____
Raymond Herbert Ward, JR.

State of Louisiana
Parish/County of Lafayette
Subscribed and sworn to before me this 4th day of June, 20 20.

_____
Notary Public
My commission expires: @ death

RAMONA K MARCEAUX
LA ID 138576